IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIL MOHD ABD-EL-RAHMAN AL-GHAZALI,<br><br>Petitioner<br><br>v.<br><br>JEFFREY A. BEARD, et al.,<br><br>Respondents | Civil Action No. 04-2122 |

**ORDER**

June    , 2006

After review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** without evidentiary hearing.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

\_\_\_s/ Louis H. Pollak\_\_
LOUIS H. POLLAK            J.